Decided March 1, 2004

## STATE OF CONNECTICUT *v.* KEVIN B. WILLIAMS

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 1 (AC 22676), is denied.

*Moira L. Buckley*, assistant public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided March 1, 2004